## United States Bankruptcy Court
### Northern District of Mississippi

In re  **Michael Leon Brock**                              Case No. _____

                              Debtor(s)                   Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  2/5/2019                        _____
                                       **Michael Leon Brock**
                                       Signature of Debtor

BlueGreen Resorts Management
P.O. Box 630980
Cincinnati, OH 45263-0980

Campbell's Clinic
P.O. Box 14000
Belfast, ME 04915-4033

First Security Bank
P.O. Box 690
Batesville, MS 38606

Methodist Memphis
P.O. Box 75947
Charlotte, NC 28275-5957

Saint Francis Hospital
P.O. Box 741274
Atlanta, GA 30374-1274

Snap On Credit
950 Technology Way
Suite 301
Libertyville, IL 60048

SPS
P.O. Box 65250
Salt Lake City, UT 84165-0250