**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael | Leon | Brock |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number: 19-10293-JDW
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

BlueGreen Resorts Management
P.O. Box 630980
Cincinnati, OH 45263-0980

What is the nature of the claim?   $ $1,723.94

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____
      Unsecured claim   $ _____

Contact
Contact phone

**2**

Campbell's Clinic
P.O. Box 14000
Belfast, ME 04915-4033

What is the nature of the claim?   $ $662.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:   - $ _____

Contact

| Debtor 1 | Michael Leon Brock | Case number *(if known)* | 19-10293-JDW |
|---|---|---|---|

Contact phone _____  Unsecured claim  $ _____

**3**
**Campbell's Clinic**
P.O. Box 14000
Belfast, ME 04915-4033

What is the nature of the claim?  $ **$254.79**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

**4**
**Methodist Memphis**
P.O. Box 75947
Charlotte, NC 28275-5957

What is the nature of the claim?  $ **$301.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

**5**
**Saint Francis Hospital**
P.O. Box 741274
Atlanta, GA 30374-1274

What is the nature of the claim?  $ **$6,840.58**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:                       - $ _____
    Unsecured claim                          $ _____

Contact _____
Contact phone _____

**6**
**Snap On Credit**
950 Technology Way
Suite 301
Libertyville, IL 60048

What is the nature of the claim?  $ **$2,471.83**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael Leon Brock | | Case number *(if known)* | **19-10293-JDW** |
|---|---|---|---|---|

**Does the creditor have a lien on your property?**

☒ No

☐ Yes. Total claim (secured and unsecured)   $ _____

Value of security:   - $ _____

Unsecured claim   $ _____

Contact _____

Contact phone _____

## Part 2:   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signature]*     X _____

**Michael Leon Brock**     Signature of Debtor 2
Signature of Debtor 1

Date  2/5/2019     Date _____