

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **MICHAEL LEON BROCK,** | ) | Case No.: | **19-10293-JDW** |
| | ) | | |
| | ) | | |
| **Debtor.** | ) | Chapter: | **11** |

### ORDER RESOLVING ORDER TO SHOW CAUSE

This matter comes before the Court on the Order to Show Cause issued to Craig M. Geno in the above-referenced case on December 19, 2019 (the "Show Cause Order") (Dkt. # 115). Pursuant to the Show Cause Order, a hearing was held on January 15, 2020, at which time Mr. Geno appeared as ordered. The parties represented to this Court that an agreed order would be submitted. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that **FOR CAUSE SHOWN** no sanctions shall be imposed at this time.

##END OF ORDER##