_____

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **MICHAEL LEON BROCK,**                                                            **CASE NO. 19-10293**

    **DEBTOR.**                                                                                                            **CHAPTER 11**

**ORDER AND NOTICE CONDITIONALLY APPROVING DISCLOSURE STATEMENT
AND FIXING: THE VOTING DEADLINE; DEADLINE TO OBJECT TO THE DISCLOSURE
STATEMENT AND CONFIRMATION OF THE PLAN; THE HEARING DATE FOR FINAL
APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN**

A disclosure statement under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement") (Dkt. #216) having been filed by the Debtor(s) on February 22, 2021 with respect to a plan under chapter 11 of the Code (the "Plan") (Dkt. #217) filed by the Debtor(s) on February 22, 2021; and the Debtor(s) being a small business:

        **IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

1. The Disclosure Statement filed by the Debtor is conditionally approved.

2. March 23, 2021 is fixed as the last day for filing ballots accepting or rejecting the Plan.

3. March 26, 2021 is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, 703 Highway 145 North, Aberdeen, MS 39730. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

4. March 31, 2021 at 10:30 AM, in the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS , is fixed for the hearing on final approval of the Disclosure Statement (if a written objection has been timely filed) and for the evidentiary hearing on confirmation of the Plan.

5. Within 2 days after the entry of this order, the Debtor's attorney shall cause to be transmitted to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

   - This order;
   - The conditionally approved Disclosure Statement filed February 22, 2021;
   - The Plan filed February 22, 2021;
   - A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows:

     Craig M. Geno
     Law Office of Craig M. Geno, PLLC
     587 Highland Colony Parkway
     Ridgeland, MS 39157

6. After completion of the above transmittal, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

##END OF ORDER##