B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Michael Leon Brock, Debtor

Case No. 19-10293-JDW

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: March

Date filed: 4/15/21

Line of Business: Business Owner

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

[signature]

Original Signature of Responsible Party

Mike Brock

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ NA |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ N/A |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | YES | NO |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☒ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 14,240.15

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month $ 0

Cash on Hand at End of Month $ 0

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU TOTAL $ 0

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 10,875.43

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 14,240.15

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 10,875.43

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 3,364.72

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? NA

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? NA

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 3,500.00 | $ 14,240.15 | $ 10,740.15 |
| EXPENSES | $ 3,000.00 | $ 10,875.43 | $ 7,875.43 |
| CASH PROFIT | $ 500.00 | $ 3,364.72 | $ 2,864.72 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 10,500.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 10,200.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 300.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**Exhibit B to U.S. Trustee Basic Operating Report (Small Business)**
**Case Name: Michael Leon Brock Case No: 19-10293-JDW**
**Month: March**
**Income**

| Date of Receipt | Source of Income | Purpose | Amount Received |
|---|---|---|---|
| 3/12/2021 | Omni | Scrap | $3,290.15 |
| 3/17/2021 | TSM | Cars | $4,000.00 |
| 3/25/2021 | TSM | Reimb Exp | $150.00 |
| 3/23/2021 | TSM | Reimb Exp | $1,700.00 |
| 3/29/2021 | TSM | Cars | $2,300.00 |
| 3/29/2021 | Brothers Pro Salvage | Gravel | $2,800.00 |

Total $14,240.15

**Exhibit C to U.S. Trustee Basic Operating Report (Small Business)**
**Case Name:** Michael Leon Brock **Case No:** 19-10293-JDW
**Month: March**
**Expenses**

| Date of Pymt | Method | Payee | Purpose of Payment | $ of Pymt |
|---|---|---|---|---|
| 3/1/2021 | Debit | First Security Bank | NSF | $105.00 |
| 3/1/2021 | 271 | Select Portfolio Services | Mortgage Payment | $1,223.25 |
| 3/1/2021 | 273 | Nashville Hormone | Medical Bill | $325.00 |
| 3/1/2021 | 274 | Walsh Law Firm | Attorney Fee | $1,005.00 |
| 3/2/2021 | Debit | First Security Bank | NSF | $140.00 |
| 3/2/2021 | Debit | BCBS of MS | Kids Health Ins | $255.77 |
| 3/2/2021 | Debit | BCBS of MS | Kids Health Ins | $255.77 |
| 3/2/2021 | Debit | BCBS of MS | RB Health Ins | $495.42 |
| 3/3/2021 | Debit | First Security Bank | NSF | $70.00 |
| 3/3/2021 | Cash | Oreilly | Supplies | $17.55 |
| 3/3/2021 | Debit | Club4Fitness | Gym Membership | $25.00 |
| 3/3/2021 | Debit | Club4Fitness | Gym Membership | $25.00 |
| 3/3/2021 | Debit | Club4Fitness | Gym Membership | $39.00 |
| 3/3/2021 | Debit | Club4Fitness | Gym Membership | $39.00 |
| 3/4/2021 | Debit | IPFS Corp | Ins | $274.37 |
| 3/5/2021 | Debit | First Security Bank | NSF | $70.00 |
| 3/5/2021 | 266 | Bronson Rickman | Scrap | $948.00 |
| 3/8/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/9/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/10/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/11/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/11/2021 | Debit | Harland Clark | Ck Order | $25.45 |
| 3/12/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/12/2021 | Debit | Coahoma Electric | Utilities | $304.38 |
| 3/13/2021 | MC | Kroger | Groceries | $95.48 |
| 3/15/2021 | MC | Wholesale Nutrition | Health Supplements | $111.63 |
| 3/15/2021 | MC | Wholesale Nutrition | Health Supplements | $52.73 |
| 3/15/2021 | MC | FedEx | Over night package | $17.96 |

| 3/15/2021 | Debit | First Security Bank | NSF | $35.00 |
|---|---|---|---|---|
| 3/16/2021 | Debit | BCBS of MS | MB Health Ins | $268.39 |
| 3/16/2021 | 260 | Bethel Baptist School | Tuition | $1,093.00 |
| 3/16/2021 | 275 | Thomas LP Gas | Propane | $258.70 |
| 3/16/2021 | 281 | Walls Water | Water Bill | $85.66 |
| 3/16/2021 | 282 | Joey Treadway | Pace Trailer | $29.15 |
| 3/22/2021 | MC | Kroger | Groceries | $143.42 |
| 3/22/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/22/2021 | Debit | Club4Fitness | Gym Membership | $0.50 |
| 3/22/2021 | 272 | Select Portfolio Services | Mortgage Payment | $1,223.25 |
| 3/23/2021 | Debit | Club4Fitness | Gym Membership | $1.00 |
| 3/23/2021 | Debit | Safeco Ins | Ins | $181.86 |
| 3/24/2021 | Debit | First Security Bank | NSF | $35.00 |
| 3/24/2021 | Debit | Club4Fitness | Gym Membership | $0.50 |
| 3/25/2021 | 283 | Att | Phone & Internet | $146.16 |
| 3/26/2021 | MC | Kroger | Groceries | $82.23 |
| 3/29/2021 | Debit | Cooks Pest Control | Pest Control | $41.59 |
| 3/29/2021 | Debit | BCBS of MS | Kids Health Ins | $255.77 |
| 3/29/2021 | Debit | BCBS of MS | Kids Health Ins | $255.77 |
| 3/29/2021 | Debit | BCBS of MS | RB Health Ins | $495.42 |
| 3/30/2021 | Debit | Club4Fitness | Gym Membership | $0.50 |
| 3/30/2021 | Debit | Club4Fitness | Gym Membership | $25.00 |
| 3/30/2021 | Debit | Club4Fitness | Gym Membership | $25.00 |
| 3/31/2021 | Debit | Entergy | Utilities | $61.80 |
| | | | **Total** | **$10,875.43** |



FIRST SECURITY BANK

Member FDIC

Date 3/31/21 Page 1 of 5
Primary Account [redacted]5187
Enclosures 13

MICHAEL L BROCK
CHAPTER 11 BK DEBTOR IN POSSESSION
CASE #19-10293
5300 POPLAR CORNER
WALLS MS 38680

## SUMMARY OF ACCOUNTS

| Account Number | Account Title | Current Balance |
|---|---|---|
| [redacted]5187 | BASIC CHECKING | 2,741.81 |

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BASIC CHECKING | | Image Statement | 13 |
| Account Number | [redacted]5187 | Statement Dates 3/01/21 thru | 3/31/21 |
| Previous Balance | 70.65- | Days in the statement period | 31 |
| 6 Deposits/Credits | 14,240.15 | Average Ledger | 1,309- |
| 47 Checks/Debits | 11,427.69 | Average Collected | 1,718- |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 2,741.81 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $665.00 | $770.00 |
| Return item fees year to date | $.00 | $.00 |

## CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/12 | DDA DEPOSIT | 3,290.15 ** |
| 3/17 | Transfer PER PAT WESTMORELAND/ [redacted]4563D- [redacted]5187D | 4,000.00 |
| 3/23 | Transfer per Michael [redacted]4563D- [redacted]5187D | 1,700.00 |
| 3/25 | Transfer per pat/209 [redacted]4563D- [redacted]5187D | 150.00 |
| 3/29 | Transfer per pat/209 [redacted]4563D- [redacted]5187D | 2,300.00 |



Date 3/31/21 Page 2 of 5
Primary Account ████5187
Enclosures 13

BASIC CHECKING ████5187 (Continued)

CREDITS

| Date | Description | Amount |
| --- | --- | --- |
| 3/31 | DDA DEPOSIT | 2,800.00 ** |

DEBITS

| Date | Description | Amount |
| --- | --- | --- |
| 3/02 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/01/21<br>ID #-868786604M<br>PPD TRACE#-065300273706208 | 255.77 |
| 3/02 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/01/21<br>ID #-868786605M<br>PPD TRACE#-065300273706209 | 255.77 |
| 3/02 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/01/21<br>ID #-868786573M<br>PPD TRACE#-065300273706203 | 495.42 |
| 3/02 | NSF PAID ITEM(S) CHARGE | 105.00 |
| 3/03 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/02/21<br>ID #-68043810<br>PPD TRACE#-124000058761209 | 25.00 |
| 3/03 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/02/21<br>ID #-68043811<br>PPD TRACE#-124000058761211 | 25.00 |
| 3/03 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/02/21<br>ID #-68054625<br>PPD TRACE#-124000058761208 | 39.00 |
| 3/03 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/02/21<br>ID #-68054626<br>PPD TRACE#-124000058761210 | 39.00 |
| 3/03 | NSF PAID ITEM(S) CHARGE | 140.00 |
| 3/04 | DDA FORCE PAY DEBIT | 16.24 |
| 3/04 | IPFSPMTTXH IPFS800-247-6129<br>8531659615 03/03/21<br>ID #-A10746<br>PPD TRACE#-101000017086122 | 274.39 |
| 3/04 | NSF PAID ITEM(S) CHARGE | 70.00 |
| 3/08 | DDA FORCE PAY DEBIT | 1,057.00 |
| 3/08 | DDA FORCE PAY DEBIT | 1,223.25 |
| 3/08 | NSF PAID ITEM(S) CHARGE | 70.00 |
| 3/09 | DDA FORCE PAY DEBIT | 325.00 |
| 3/09 | NSF PAID ITEM(S) CHARGE | 35.00 |



Date 3/31/21 Page 3 of 5
Primary Account [redacted]5187
Enclosures 13

BASIC CHECKING [redacted]5187 (Continued)

DEBITS

| Date | Description | Amount |
|---|---|---|
| 3/10 | DDA FORCE PAY DEBIT | 948.00 |
| 3/10 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/11 | CHK ORDER HARLAND CLARKE<br>3114000006 03/10/21<br>ID #-1SPY76240300200<br>PPD TRACE#-091000010701216 | 25.45 |
| 3/11 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/12 | PAYMENT CoahomaEPA<br>9900002400 03/11/21<br>ID #-990000263374993<br>PPD TRACE#-104000012491609 | 304.38 |
| 3/12 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/15 | DDA FORCE PAY DEBIT | 1,005.00 |
| 3/15 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/16 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/15/21<br>ID #-866889865M<br>PPD TRACE#-065300275678813 | 268.39 |
| 3/16 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/22 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/22/21<br>ID #-68258075<br>PPD TRACE#-124000054721069 | .50 AW |
| 3/23 | DDA FORCE PAY DEBIT | 1,093.00 |
| 3/23 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/23 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/23/21<br>ID #-68288869<br>PPD TRACE#-124000055799494 | 1.00 AW |
| 3/23 | INS PREM SAFECO INSURANCE<br>0019972828 03/23/21<br>ID #-72253434728<br>PPD TRACE#-021000026720954 | 181.86 AW |
| 3/24 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/24/21<br>ID #-68299669<br>PPD TRACE#-124000056656876 | .50 AW |
| 3/25 | CHECKPAYMT AT&T Services<br>1742782655 03/24/21<br>CHECK#-283<br>ARC TRACE#-091000010208608 | 146.16 |
| 3/25 | NSF PAID ITEM(S) CHARGE | 35.00 |
| 3/29 | CooksPest Cooks Pest Contr<br>0000129756 03/29/21<br>ID #-58664 9756<br>PPD TRACE#-096016933634338 | 41.59 AW |



Date 3/31/21 Page 4 of 5
Primary Account [redacted]5187
Enclosures 13

BASIC CHECKING [redacted]5187 (Continued)

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 3/29 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/29/21<br>ID #-868786604M<br>PPD TRACE#-065300277316238 | 255.77 AW |
| 3/29 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/29/21<br>ID #-868786605M<br>PPD TRACE#-065300277316239 | 255.77 AW |
| 3/29 | INSUR PREM BLUE CROSS OF MS<br>1640295748 03/29/21<br>ID #-868786573M<br>PPD TRACE#-065300277316233 | 495.42 AW |
| 3/30 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/30/21<br>ID #-68352811<br>PPD TRACE#-124000050601734 | .50 AW |
| 3/30 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/30/21<br>ID #-68344456<br>PPD TRACE#-124000050081370 | 25.00 AW |
| 3/30 | 8019815328 CLUB4FITHORNLAKE<br>1810746398 03/30/21<br>ID #-68344457<br>PPD TRACE#-124000050081371 | 25.00 AW |
| 3/31 | Bill Pay Entergy Services<br>9720570912 03/31/21<br>ID #-7770133161006<br>WEB TRACE#-021000028431488 | 61.80 AW |

**CHECKS IN SERIAL NUMBER ORDER**

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/30 | 272 | 1,223.25 | 3/23 | 275* | 258.70 | 3/23 | 281* | 85.66 |
| 3/25 | 282 | 29.15 | | | | | | |

* Indicates Skip in Serial Number

**DAILY BALANCE SECTION**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 70.65- | 3/02 | 1,182.61- | 3/03 | 1,450.61- |
| 3/04 | 1,811.24- | 3/08 | 4,161.49- | 3/09 | 4,521.49- |
| 3/10 | 5,504.49- | 3/11 | 5,564.94- | 3/12 | 2,614.17- |
| 3/15 | 3,654.17- | 3/16 | 3,957.56- | 3/17 | 42.44 |
| 3/22 | 41.94 | 3/23 | 86.72 | 3/24 | 86.22 |
| 3/25 | 25.91 | 3/29 | 1,277.36 | 3/30 | 3.61 |



Date 3/31/21 Page 5 of 5
Primary Account 5187
Enclosures 13

BASIC CHECKING ████5187 (Continued)

DAILY BALANCE SECTION

| Date | Balance |
|---|---|
| 3/31 | 2,741.81 |

**WE STRONGLY ENCOURAGE YOU TO TAKE ADVANTAGE OF ONLINE AND MOBILE BANKING.**

**THANK YOU FOR YOUR PATIENCE AND COOPERATION DURING COVID-19.**

DDA DEPOSIT Date: 03/12 Amount: $3,290.15

DDA DEPOSIT Date: 03/31 Amount: $2,800.00

DDA FORCE PAY DEBIT Date: 03/23 Amount: $1,093.00

DDA FORCE PAY DEBIT Date: 03/08 Amount: $1,057.00

DDA FORCE PAY DEBIT Date: 03/10 Amount: $948.00

DDA FORCE PAY DEBIT Date: 03/04 Amount: $16.24

DDA FORCE PAY DEBIT Date: 03/08 Amount: $1,223.25

DDA FED LETTER CHECK Date: 03/30 Amount: $1,223.25

DDA FORCE PAY DEBIT Date: 03/09 Amount: $325.00

DDA FORCE PAY DEBIT Date: 03/15 Amount: $1,005.00

DDA FED LETTER CHECK Date: 03/23 Amount: $258.70

DDA FED LETTER CHECK Date: 03/23 Amount: $85.66

DDA FED LETTER CHECK Date: 03/25 Amount: $29.15