B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Michael Leon Brock**,  Case No.: **19-10293-JDW**
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **April**  Date filed: **5/26/21**

Line of Business: **Business Owner**  NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**Mike Brock**
Original Signature of Responsible Party

**Mike Brock**
Printed Name of Responsible Party

Questionnaire: _(All questions to be answered on behalf of the debtor.)_

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ N/A |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ N/A |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ N/A |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☒ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 15,351.13

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 0
Cash on Hand at End of Month  $ 0

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ 0

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 10,137.80

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 15,351.13
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 10,137.80

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH  $ 5,213.33

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  NA

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  NA

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 2,895.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 10,500.00 | $ 15,351.13 | $ 4,851.13 |
| EXPENSES | $ 10,200.00 | $ 10,137.80 | $ 62.20 |
| CASH PROFIT | $ 300.00 | $ 5,213.33 | $ 4,913.33 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 10,400.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 9,500.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 900.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**Exhibit B to U.S. Trustee Basic Operating Report (Small Business)**
**Case Name: Michael Leon Brock   Case No: 19-10293-JDW**
**Month: April**
**Income**

| Date of Receipt | Source of Income | Purpose | Amount Received |
|---|---|---|---|
| 4/7/2021 | United States Treasury | Stimulus | $7,000.00 |
| 4/8/2021 | Jeff Hobson | Gravel | $891.99 |
| 4/30/2021 | Diaz | Scrap | $7,459.14 |

Total    $15,351.13

**Exhibit C to U.S. Trustee Basic Operating Report (Small Business)**
**Case Name: Michael Leon Brock Case No: 19-10293-JDW**
**Month: April**
Expenses

| Date of Pymt | Method | Payee | Purpose of Payment | $ of Pymt |
|---|---|---|---|---|
| 4/1/2021 | MC | Taco Bell | Food | $10.77 |
| 4/1/2021 | Debit | Club4Fit | Gym | $0.50 |
| 4/4/2021 | MC | Kroger | Groceries | $45.73 |
| 4/5/2021 | MC | Wholesale Nutrition | Health Suppliments | $36.87 |
| 4/8/2021 | Debit | Club4Fit | Gym | $0.50 |
| 4/8/2021 | Debit | Club4Fit | Gym | $2.68 |
| 4/13/2021 | Debit | Club4Fit | Gym | $0.50 |
| 4/13/2021 | Debit | Coahoma Electric | Utilities | $389.04 |
| 4/13/2021 | Debit | Bethel Baptist School | Truition | $985.00 |
| 4/14/2021 | 276 | Bethel Baptist Church | Conf Fee | $50.00 |
| 4/15/2021 | 277 | BCBC of MS | MB Health Ins | $268.39 |
| 4/15/2021 | Debit | Thomas LP Gas | Propane | $679.75 |
| 4/16/2021 | 299 | Miguel Torres | Plumbing Repairs | $465.53 |
| 4/19/2021 | 278 | Club4Fit | Gym | $0.50 |
| 4/20/2021 | Debit | United States Trustee | 1st Quarter Fees | $650.00 |
| 4/20/2021 | 279 | Walsh Law Firm | Attorney Fees | $2,895.00 |
| 4/23/2021 | 297 | Safeco | Ins | $181.86 |
| 4/28/2021 | Debit | Club4Fit | Gym | $3.16 |
| 4/28/2021 | Debit | BCBC of MS | Kids Health Ins | $255.77 |
| 4/28/2021 | Debit | BCBC of MS | Kids Health Ins | $255.77 |
| 4/28/2021 | Debit | BCBC of MS | RB Health Ins | $495.42 |
| 4/28/2021 | Debit | First Security Bank | Deposit Box Fee | $15.00 |
| 4/28/2021 | 280 | Walls Water | Water Bill | $74.56 |
| 4/29/2021 | 301 | Select Portfolio | Mortgage on Home | $1,223.25 |
| 4/29/2021 | Debit | Club4Fit | Gym | $0.50 |
| 4/29/2021 | Debit | Club4Fit | Gym | $2.66 |
| 4/29/2021 | Debit | Club4Fit | Gym | $25.00 |
| 4/29/2021 | Debit | Club4Fit | Gym | $25.00 |

| Date | Debit | Payee | Memo | Amount |
|---|---|---|---|---|
| 4/30/2021 | | Club4Fit | Gym | $0.50 |
| 4/30/2021 | 202 | Southgroup Ins Co | Desoto Rd Ins Renewal | $1,098.59 |
| | | | Total | $10,137.80 |



# FIRST SECURITY BANK

Member FDIC

```
                                     Date  4/30/21 Page    1 of   3
                                     Primary Account        ████5187
                                     Enclosures                   12
```

MICHAEL L BROCK
CHAPTER 11 BK DEBTOR IN POSSESSION
CASE #19-10293
5300 POPLAR CORNER
WALLS MS  38680

## SUMMARY OF ACCOUNTS

| Account Number | Account Title | Current Balance |
|---|---|---|
| ████5187 | BASIC CHECKING | 12,005.65 |

## CHECKING ACCOUNT

```
BASIC CHECKING                              Image Statement                       12
Account Number              ████5187        Statement Dates  4/01/21 thru  4/30/21
Previous Balance            2,741.81        Days in the statement period         30
  3 Deposits/Credits       15,351.13        Average Ledger                    6,994
 26 Checks/Debits           6,087.29        Average Collected                 6,512
Service Charge                   .00
Interest Paid                    .00
Ending Balance             12,005.65
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $770.00 |
| Return item fees year to date | $.00 | $.00 |

## CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/07 | DDA DEPOSIT | 7,000.00 ** |
| 4/08 | DDA DEPOSIT | 891.99 ** |
| 4/30 | DDA DEPOSIT | 7,459.14 ** |

## DEBITS

| Date | Description | Amount |
|---|---|---|



# FIRST SECURITY BANK
Member FDIC

```
Date  4/30/21  Page  2 of  3
Primary Account        ****5187
Enclosures                   12
```

BASIC CHECKING                    ****5187 (Continued)

**DEBITS**

| Date | Description | Amount |
|---|---|---|
| 4/01 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/01/21<br>ID #-68368383<br>PPD TRACE#-124000052788174 | .50 AW |
| 4/08 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/08/21<br>ID #-68464928<br>PPD TRACE#-124000058950078 | .50 AW |
| 4/08 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/08/21<br>ID #-68464955<br>PPD TRACE#-124000058950084 | 2.68 AW |
| 4/13 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/13/21<br>ID #-68512115<br>PPD TRACE#-124000051914073 | .50 AW |
| 4/13 | PAYMENT    CoahomaEPA<br>9900002400         04/13/21<br>ID #-990000263359393<br>PPD TRACE#-104000010973005 | 389.04 AW |
| 4/15 | INSUR PREM BLUE CROSS OF MS<br>1640295748         04/15/21<br>ID #-866889865M<br>PPD TRACE#-065300279713020 | 268.39 AW |
| 4/19 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/19/21<br>ID #-68553407<br>PPD TRACE#-124000055895142 | .50 AW |
| 4/23 | INS PREM    SAFECO INSURANCE<br>0019972828         04/23/21<br>ID #-72253434728<br>PPD TRACE#-021000028680112 | 181.86 AW |
| 4/28 | 8019815328 CLUB4FITHORNLAKE<br>1810746398         04/28/21<br>ID #-68662423<br>PPD TRACE#-124000052689509 | 3.16 AW |
| 4/28 | INSUR PREM BLUE CROSS OF MS<br>1640295748         04/28/21<br>ID #-868786604M<br>PPD TRACE#-065300271158802 | 255.77 AW |
| 4/28 | INSUR PREM BLUE CROSS OF MS<br>1640295748         04/28/21<br>ID #-868786605M<br>PPD TRACE#-065300271158803 | 255.77 AW |
| 4/28 | INSUR PREM BLUE CROSS OF MS<br>1640295748         04/28/21 | 495.42 AW |



```
                                        Date  4/30/21 Page   3 of   3
                                        Primary Account        5187
                                        Enclosures                12
```

BASIC CHECKING                    5187  (Continued)

### DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/29 | ID #-868786573M<br>PPD TRACE#-065300271158797<br>8019815328 CLUB4FITHORNLAKE<br>1810746398        04/29/21 | .50 AW |
| 4/29 | ID #-68669668<br>PPD TRACE#-124000053872313<br>8019815328 CLUB4FITHORNLAKE<br>1810746398        04/29/21 | 2.66 AW |
| 4/29 | ID #-68669666<br>PPD TRACE#-124000053872312<br>8019815328 CLUB4FITHORNLAKE<br>1810746398        04/29/21 | 25.00 AW |
| 4/29 | ID #-68671879<br>PPD TRACE#-124000053872328<br>8019815328 CLUB4FITHORNLAKE<br>1810746398        04/29/21 | 25.00 AW |
| 4/30 | ID #-68671880<br>PPD TRACE#-124000053872329<br>8019815328 CLUB4FITHORNLAKE<br>1810746398        04/30/21<br>ID #-68685264<br>PPD TRACE#-124000055118270 | .50 AW |

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/28 |       | 15.00    | 4/16 | 276* | 985.00 | 4/28 | 277  | 50.00 |
| 4/27 | 278   | 465.53   | 4/29 | 279  | 650.00 | 4/30 | 280  | 74.56 |
| 4/06 | 295*  | 1,223.25 | 4/07 | 296  | 36.45  | 4/27 | 299* | 679.75 |

* Indicates Skip in Serial Number

### DAILY BALANCE SECTION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 2,741.31  | 4/06 | 1,518.06 | 4/07 | 8,481.61 |
| 4/08 | 9,370.42  | 4/13 | 8,980.88 | 4/15 | 8,712.49 |
| 4/16 | 7,727.49  | 4/19 | 7,726.99 | 4/23 | 7,545.13 |
| 4/27 | 6,399.85  | 4/28 | 5,324.73 | 4/29 | 4,621.57 |
| 4/30 | 12,005.65 |      |          |      |          |

**WE STRONGLY ENCOURAGE YOU TO TAKE ADVANTAGE OF ONLINE AND MOBILE BANKING.**

**THANK YOU FOR YOUR PATIENCE AND COOPERATION DURING COVID-19.**

