CM/ECF hrgcnf1
(Rev. 02/10/20)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re:  Michael Leon Brock ) | Case No.: 19–10293–JDW |
| Debtor(s) ) | Chapter: 11 |
| ) | Judge: Jason D. Woodard |
| ) | |
| ) | |

### NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 11 PLAN

NOTICE IS HEREBY GIVEN that an evidentiary hearing on confirmation of the

*247* – Amended Chapter 11 Plan First Amendment to Plan of Reorganization Filed by Craig M. Geno on behalf of Michael Leon Brock (Geno, Craig)

will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 7/13/21 at 10:30 AM

Objections Due: 7/6/21

Ballots Due: 7/6/21

Pursuant to Fed. R. Bankr. P. 3020(b)(1), written objections to confirmation of said proposed Plan(s) must be filed in the office of the Clerk of this court and served on the debtor−in−possession, the proponent of the plan, the trustee (if any), the U.S. Trustee, and any committee appointed herein on or before 7/6/21.

Written acceptances or rejections (Ballots) as to the proposed plans(s) should be submitted to the plan proponent, or designated agent, at the address specified on the Ballot Form on or before 7/6/21. Plan proponents must comply with Miss. Bankr. L. R. 3018−1.

Copies of the Order Approving Disclosure Statement, Plan, and Ballot are required to be served pursuant to Fed. R. Bankr. P. 3017. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID PLAN ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 6/3/21

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: WC
Deputy Clerk