**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    MICHAEL LEON BROCK | CHAPTER 11 |
| Debtor | CASE NO. 19-10293-JDW |

**APPLICATION TO EMPLOY SPECIAL COUNSEL**

COMES NOW Michael Leon Brock (the "Debtor") and files this his Application to Employ Special Counsel, and in support thereof, would show unto this Honorable Court the following, to-wit:

1. On January 22, 2019, the Debtor herein filed with this Court his Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition").

2. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 105, 364, 541, 1107 and related statutes, rules and various orders of reference. This is a core proceeding.

3. In order to facilitate the prudent performance of his duties and the successful operation of his affairs under this Chapter 11 proceeding, the Debtor requires the services of Tracy B. Walsh, Walsh Law Firm, PLLC (the "Law Firm") of 6831 Crumpler Blvd., Suite 200, Olive Branch, Mississippi 38654-1933, to act as his special counsel in a custody and contempt action and to pursue a contempt and modification action on behalf of Regina Brock ("Ms. Brock"), the wife of the Debtor, which are more particularly described in the engagement letter, along with an itemized ledger of all services rendered and fees paid, which is attached hereto as **Exhibit "A"** and is incorporated by reference.

4. The Law Firm is experienced in, and is familiar with, the claims and is fully qualified to represent the interests of the Debtor therein.

5. The Debtor is informed and believes that the Law Firm has the appropriate skills and

Document      Page 2 of 11

expertise needed to serve as the Debtor's special counsel in the contested matters. The Law Firm has agreed to perform these services for the following rates: Tracy B. Walsh - $300/hour; Paralegals - $150/hour.

6. As set forth in the Affidavit of Tracy B. Walsh, attached hereto as **Exhibit "B"** and incorporated herein by reference, both Ms. Walsh and the Law Firm are "disinterested persons" as contemplated by the applicable statutory authority under which they are to be employed and applicable Bankruptcy Rules.

7. The Debtor has discussed with Ms. Walsh her availability to be employed as the Debtor's special counsel and to perform the services required by this estate. For the foregoing and all other necessary and proper purposes, the Debtor desires to retain the Law Firm as his special counsel.

8. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, the Debtor requests that he be authorized to employ Tracy B. Walsh and Walsh Law Firm, PLLC as his special counsel to render services described herein, effective December 16, 2019. The Debtor prays general relief.

THIS, the 29th day of July, 2021.

    Respectfully submitted,

    MICHAEL LEON BROCK

    By His Attorneys,

    LAW OFFICES OF CRAIG M. GENO, PLLC


    By: */s/ Craig M. Geno*
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Brock, Mike\Pleadings\Employ\Special Counsel - Tracy Walsh\Application.wpd

## **CERTIFICATE OF SERVICE**

     I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

     Sammye S. Tharp, Esq.
     Office of the United States Trustee
     sammye.s.tharp@usdoj.gov

     THIS, the 29th day of July, 2021.

     */s/ Craig M. Geno*
     Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     MICHAEL LEON BROCK                                          CHAPTER 11
           Debtor                                                       CASE NO. 19-10293-JDW

# EXHIBIT "A"

**Walsh Law Firm PLLC**
Licensed in Mississippi & Tennessee

July 15, 2021

Craig Geno
Attorney at Law
587 Highland Colony Pkwy.
Ridgeland, MS 39157

      Re: Michael and Regina Brock
        Desoto County Chancery Court Action19-cv-1906

Dear Craig:

  My office was retained my the Brocks in December 2019 to defend Ms. Brock in a custody and contempt action and to pursue a contempt and modification action on her behalf.

  Although we have had a final trial on the case, all of the issues have not been adjudicated and there is a motion set in August and a report back date set in November. The fees for my services are $300 per hour for my time and $150 per hour for paralegal time. To date, the Brocks have paid $12,260.00, with a current outstanding balance of $900.00. An itemized ledger of all services and fees is attached hereto.

  Please let me know if you have any questions or need any additional information.

Sincerely:

*[signature]*

Tracy Buster Walsh
Attorney at Law

cc: Mr. And Mrs. Michael Brock

**Tracy Buster Walsh**
6831 Crumpler Blvd. / Suite 200
Olive Branch, MS 38654
(662) 890-3086 / (662) 253-5161
Fax (866) 475-5589
Email: tbwalsh@walshlawfirmpllc.com

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **BrockR** | **Brock, Regina** | | | | | | | | | |
| **12156-08** | **Brock v McCain** | | | | | | | Resp Lawyer: TBW | | |
| Dec 16/2019 | Lawyer: TBW  0.00 Hrs X 300.00 | | | | | | | | | |
| 130006 | Legal fee to open file (Consultation applied) | | | | 500.00 | 31880 | | | | |
| Dec 16/2019 | Lawyer: TBW  0.40 Hrs X 150.00 | | | | | | | | | |
| 130287 | Draft Entry of Appearance | | | | 60.00 | 31880 | | | | |
| Dec 16/2019 | Regina Brock | | | | | | | | | |
| 130444 | legal fees | 3575 | | | | 31880 | 1 | 4720.00 | | 4720.00 |
| Dec 16/2019 | Regina Brock | | | | | | | | | |
| 130446 | legal fees | 3576 | | | | 31880 | 1 | 275.00 | | 4995.00 |
| Dec 17/2019 | Lawyer: TBW  2.40 Hrs X 300.00 | | | | | | | | | |
| 130291 | Appearance at hearing | | | | 720.00 | 31880 | | | | |
| Dec 23/2019 | Lawyer: TBW  0.40 Hrs X 300.00 | | | | | | | | | |
| 130387 | Correspondence with A. Moore | | | | 120.00 | 31880 | | | | |
| Jan  2/2020 | Billing on Invoice 31880 | | | | | | | | | |
| 130557 | FEES    1400.00 | | | 0.00 | | 31880 | | | | |
| Jan  2/2020 | Walsh Law Firm General Account | | | | | | | | | |
| 130981 | legal fees | 2340 | | | | 31949 | 1 | | 1400.00 | 3595.00 |
| Jan  2/2020 | Regina Brock | | | | | | | | | |
| 131005 | PMT - legal fees | 09936 | 1400.00 | | | | | | | |
| Jan  9/2020 | Lawyer: TBW  1.20 Hrs X 300.00 | | | | | | | | | |
| 130828 | Review file; Office conference with client; Telephone conference with  Mike; Correspondence with opposing counsel (DHS) | | | | 360.00 | 31949 | | | | |
| Jan 23/2020 | Lawyer: TBW  0.30 Hrs X 300.00 | | | | | | | | | |
| 131316 | Correspondence with opposing counsel; Correspondence with client | | | | 90.00 | 31949 | | | | |
| Feb  2/2020 | Walsh Law Firm General Account | | | | | | | | | |
| 131843 | legal fees | ad | | | | 32218 | 1 | | 450.00 | 3145.00 |
| Feb  2/2020 | Regina Brock | | | | | | | | | |
| 131870 | PMT - legal fees | 09994 | 450.00 | | | | | | | |
| Feb  3/2020 | Billing on Invoice 31949 | | | | | | | | | |
| 131532 | FEES     450.00 | | | 0.00 | | 31949 | | | | |
| Feb  5/2020 | Lawyer: TBW  0.30 Hrs X 300.00 | | | | | | | | | |
| 131649 | Correspondence with opposing counsel; Correspondence with client | | | | 90.00 | 32218 | | | | |
| Feb  7/2020 | Lawyer: TBW  0.50 Hrs X 300.00 | | | | | | | | | |
| 131721 | Review Order; Correspondence with client; Correspondence with opposing counsel | | | | 150.00 | 32218 | | | | |
| Feb 10/2020 | Lawyer: TBW  0.90 Hrs X 300.00 | | | | | | | | | |
| 131729 | Correspondence with client; Telephone conference with client; Correspondence with opposing counsel; Correspondence with Court Administrator | | | | 270.00 | 32218 | | | | |
| Feb 11/2020 | Lawyer: TBW  1.00 Hrs X 150.00 | | | | | | | | | |
| 131777 | Draft Answer and Counter-Claim; Correspondence with client | | | | 150.00 | 32218 | | | | |
| Feb 11/2020 | Lawyer: TBW  0.40 Hrs X 300.00 | | | | | | | | | |
| 131781 | Correspondence with opposing counsel; Correspondence with client | | | | 120.00 | 32218 | | | | |
| Feb 12/2020 | Lawyer: TBW  0.30 Hrs X 300.00 | | | | | | | | | |
| 131784 | Telephone conference with M Brock; Correspondence with opposing counsel | | | | 90.00 | 32218 | | | | |
| Feb 12/2020 | Lawyer: TBW  0.30 Hrs X 150.00 | | | | | | | | | |
| 131805 | Correspondence with client; Draft Answer and Counter-Claim; Office conference with client | | | | 45.00 | 32218 | | | | |
| Feb 14/2020 | Lawyer: TBW  0.70 Hrs X 300.00 | | | | | | | | | |
| 131825 | Review and revise Answer and Counter-Claim; file same; Correspondence with client | | | | 210.00 | 32218 | | | | |
| Feb 20/2020 | Lawyer: TBW  0.50 Hrs X 150.00 | | | | | | | | | |
| 132202 | Correspondence with client' Draft Summons | | | | 75.00 | 32218 | | | | |
| Feb 21/2020 | Lawyer: TBW  0.20 Hrs X 150.00 | | | | | | | | | |
| 132225 | Telephone conference with client | | | | 30.00 | 32218 | | | | |
| Mar  2/2020 | Billing on Invoice 32218 | | | | | | | | | |
| 132629 | FEES    1230.00 | | | 0.00 | | 32218 | | | | |
| Mar  2/2020 | Lawyer: TBW  0.20 Hrs X 150.00 | | | | | | | | | |
| 134731 | Correspondence with client | | | | 30.00 | 34438 | | | | |
| Mar  2/2020 | Walsh Law Firm General Account | | | | | | | | | |
| 134875 | legal fees | ad | | | | 34438 | 1 | | 1230.00 | 1915.00 |
| Mar  2/2020 | Regina Brock | | | | | | | | | |
| 134910 | PMT - legal fees | 10066 | 1230.00 | | | | | | | |
| Mar 16/2020 | Lawyer: TBW  0.20 Hrs X 150.00 | | | | | | | | | |
| 135237 | Telephone conference with client | | | | 30.00 | 34438 | | | | |
| Mar 17/2020 | Lawyer: TBW  0.20 Hrs X 300.00 | | | | | | | | | |
| 135250 | Correspondence with opposing counsel | | | | 60.00 | 34438 | | | | |
| Mar 19/2020 | Lawyer: TBW  0.30 Hrs X 150.00 | | | | | | | | | |

Jul/12/2021  Case 19-10293-JDW  Doc 270  Filed 07/29/21  Entered 07/29/21 16:40:50  Desc Main
Walsh Law Firm PLLC
Document   Page 7 of 11
Client Ledger
ALL DATES
Page: 2

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts (General) | Disbs (General) | Fees | Bld Inv# | Acc | Rcpts (Trust) | Disbs (Trust) | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 19/2020 135111 | Draft Order of Continuance Lawyer: TBW 0.40 Hrs X 300.00 | | | | 45.00 | 34438 | | | | |
| Mar 20/2020 135294 | Telephone conference with opposing counsel; Correspondence with Court Administrator Lawyer: TBW 0.20 Hrs X 150.00 | | | | 120.00 | 34438 | | | | |
| Mar 23/2020 135125 | Correspondence with client Lawyer: TBW 0.20 Hrs X 300.00 | | | | 30.00 | 34438 | | | | |
| Mar 23/2020 135295 | Correspondence with opposing counsel Lawyer: TBW 1.00 Hrs X 150.00 | | | | 60.00 | 34438 | | | | |
| Mar 24/2020 135311 | Draft Financial Disclosure; Correspondence with client Lawyer: TBW 0.50 Hrs X 150.00 | | | | 150.00 | 34438 | | | | |
| Mar 26/2020 135332 | Draft Financial Disclosure; Correspondence with client Lawyer: TBW 0.40 Hrs X 300.00 | | | | 75.00 | 34438 | | | | |
| Mar 27/2020 135415 | Review Financial Disclosure (TBW) Lawyer: TBW 0.20 Hrs X 150.00 | | | | 120.00 | 34438 | | | | |
| Apr 1/2020 135440 | Revise Financial Disclosure | | | | 30.00 | 34438 | | | | |
| Apr 1/2020 135750 | Billing on Invoice 34438 FEES    750.00 | | | 0.00 | | 34438 | | | | |
| Apr 1/2020 137864 | Lawyer: TBW 0.20 Hrs X 150.00 Telephone conference with client | | | | 30.00 | 36470 | | | | |
| Apr 1/2020 138092 | Walsh Law Firm General Account legal fees | ad | | | | 36470 | 1 | | 750.00 | 1165.00 |
| Apr 1/2020 138123 | Regina Brock PMT - legal fees | 10137 | 750.00 | | | | | | | |
| Apr 2/2020 137868 | Lawyer: TBW 0.30 Hrs X 300.00 Correspondence with opposing counsel; Correspondence with client | | | | 90.00 | 36470 | | | | |
| Apr 29/2020 138638 | Lawyer: TBW 0.20 Hrs X 150.00 Correspondence with client | | | | 30.00 | 36470 | | | | |
| Apr 29/2020 138727 | Billing on Invoice 36470 FEES    150.00 | | | 0.00 | | 36470 | | | | |
| May 1/2020 138944 | Walsh Law Firm General Account legal fees | ad | | | | 36640 | 1 | | 150.00 | 1015.00 |
| May 1/2020 138972 | Regina Brock PMT - legal fees | 10209 | 150.00 | | | | | | | |
| May 20/2020 139470 | Lawyer: TBW 0.20 Hrs X 150.00 Telephone conference with client | | | | 30.00 | 36640 | | | | |
| May 29/2020 139686 | Lawyer: TBW 0.20 Hrs X 150.00 Correspondence with client | | | | 30.00 | 36640 | | | | |
| Jun 1/2020 139718 | Billing on Invoice 36640 FEES    60.00 | | | 0.00 | | 36640 | | | | |
| Jun 1/2020 139914 | Lawyer: TBW 0.20 Hrs X 150.00 Correspondence with client | | | | 30.00 | 36814 | | | | |
| Jun 1/2020 140230 | Walsh Law Firm General Account legal fees | d | | | | 36814 | 1 | | 60.00 | 955.00 |
| Jun 1/2020 140258 | Regina Brock PMT - legal fees | 10267 | 60.00 | | | | | | | |
| Jun 2/2020 139937 | Lawyer: TBW 1.00 Hrs X 150.00 Draft discovery requests, Notice & COS | | | | 150.00 | 36814 | | | | |
| Jun 3/2020 140001 | Lawyer: TBW 0.30 Hrs X 150.00 Revise discovery requests and Notice & COS | | | | 45.00 | 36814 | | | | |
| Jun 3/2020 140005 | Lawyer: TBW 0.40 Hrs X 300.00 Review discovery requests (TBW) | | | | 120.00 | 36814 | | | | |
| Jun 4/2020 140015 | Lawyer: TBW 0.30 Hrs X 300.00 Correspondence with opposing counsel; Correspondence with client; FIle Notice & COS | | | | 90.00 | 36814 | | | | |
| Jun 30/2020 140778 | Billing on Invoice 36814 FEES    435.00 | | | 0.00 | | 36814 | | | | |
| Jul 1/2020 141024 | Walsh Law Firm General Account legal fees | ad | | | | 36983 | 1 | | 435.00 | 520.00 |
| Jul 1/2020 141051 | Regina Brock PMT - legal fees | 10331 | 435.00 | | | | | | | |
| Jul 15/2020 141489 | Lawyer: TBW 0.20 Hrs X 300.00 Correspondence with opposing counsel re: discovery responses; Correspondence with client | | | | 60.00 | 36983 | | | | |
| Jul 23/2020 141657 | Lawyer: TBW 0.60 Hrs X 300.00 Review and file Motion to Compel; Correspondence with opposing counsel; Correspondence with client | | | | 180.00 | 36983 | | | | |
| Jul 23/2020 141664 | Lawyer: TBW 0.80 Hrs X 150.00 Draft Motion to Compel, Notice & COS; Correspondence with Court Administrator | | | | 120.00 | 36983 | | | | |
| Jul 28/2020 141739 | Lawyer: TBW 0.40 Hrs X 300.00 Correspondence with opposing counsel; Correspondence with client; Correspondence with D. Sbrvati | | | | 120.00 | 36983 | | | | |

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul 30/2020<br>141774 | Lawyer: TBW  0.20 Hrs X 300.00<br>Correspondence with DHS;<br>Correspondence with client | | | | 60.00 | 36983 | | | | |
| Aug  3/2020<br>141837 | Billing on Invoice 36983<br>FEES       540.00 | | | 0.00 | | 36983 | | | | |
| Aug  3/2020<br>142445 | Walsh Law Firm General Account<br>legal fees | ad | | | | 37148 | 1 | | 520.00 | 0.00 |
| Aug  3/2020<br>142475 | Regina Brock<br>PMT - legal fees | 10440 | 520.00 | | | | | | | |
| Aug  6/2020<br>141990 | Lawyer: TBW  0.70 Hrs X 150.00<br>Draft Affidavit | | | | 105.00 | 37148 | | | | |
| Aug  6/2020<br>142720 | Lawyer: TBW  0.30 Hrs X 150.00<br>Complete Affidavit for Legal Fees | | | | 45.00 | 37148 | | | | |
| Aug 10/2020<br>142084 | Lawyer: TBW  0.50 Hrs X 300.00<br>Correspondence with opposing counsel; Correspondence with client | | | | 150.00 | 37148 | | | | |
| Aug 11/2020<br>141991 | Lawyer: TBW  1.00 Hrs X 300.00<br>Appearance at hearing (estimated) | | | | 300.00 | 37148 | | | | |
| Aug 11/2020<br>142111 | Lawyer: TBW  1.50 Hrs X 300.00<br>Review Motion to Continue; Appearance at hearing | | | | 450.00 | 37148 | | | | |
| Aug 17/2020<br>142248 | Lawyer: TBW  0.30 Hrs X 150.00<br>Amend continuance order (NO CHARGE) | | | | 0.00 | 37148 | | | | |
| Sep  1/2020<br>142772 | Billing on Invoice 37148<br>FEES      1050.00 | | | 0.00 | | 37148 | | | | |
| Sep 15/2020<br>143267 | Regina Brock<br>PMT - legal fees | 10537 | 1070.00 | | | | | | | |
| Sep 22/2020<br>143419 | Lawyer: TBW  1.80 Hrs X 300.00<br>Appearance at hearing; Draft Order; Correspondence with opposing counsel; Correspondence with client | | | | 540.00 | 37303 | | | | |
| Sep 28/2020<br>143478 | George Brandon McCain<br>RET - legal fees | 10539 | 500.00 | | | 37303 | | | | |
| Sep 28/2020<br>143544 | Lawyer: TBW  0.20 Hrs X 300.00<br>Correspondence with opposing counsel; Correspondence with client | | | | 60.00 | 37303 | | | | |
| Sep 28/2020<br>143640 | Billing on Invoice 37303<br>FEES       750.00<br>RCPTS      500.00 | | | 0.00 | | 37303 | | | | |
| Sep 28/2020<br>143642 | RET - Rtnr alloc on Inv: 37303 | 37303 | -500.00 | | | 37303 | | | | |
| Sep 28/2020<br>143643 | RET - Rtnr alloc on Inv: 37303 | 37303 | 500.00 | | | 37303 | | | | |
| Sep 30/2020<br>143601 | Lawyer: TBW  1.00 Hrs X 150.00<br>Review discovery responses for completeness; Draft memo | | | | 150.00 | 37303 | | | | |
| Oct 26/2020<br>144375 | Lawyer: TBW  0.30 Hrs X 150.00<br>Draft re-notice of motion; Correspondence with Court Administrator | | | | 45.00 | 37458 | | | | |
| Oct 26/2020<br>144382 | Lawyer: TBW  0.70 Hrs X 300.00<br>Review discovery responses; Correspondence with opposing counsel; Correspondence with client | | | | 210.00 | 37458 | | | | |
| Nov  2/2020<br>144474 | Billing on Invoice 37458<br>FEES       255.00 | | | 0.00 | | 37458 | | | | |
| Nov  5/2020<br>145017 | Regina Brock<br>PMT - legal fees | 10611 | 505.00 | | | | | | | |
| Nov 17/2020<br>144863 | Lawyer: TBW  2.00 Hrs X 300.00<br>Appearance at hearing; Draft Order | | | | 600.00 | 37613 | | | | |
| Nov 19/2020<br>144891 | Lawyer: TBW  0.30 Hrs X 300.00<br>Telephone conference with A. Moore | | | | 90.00 | 37613 | | | | |
| Nov 19/2020<br>144940 | Lawyer: TBW  0.20 Hrs X 150.00<br>Correspondence with client | | | | 30.00 | 37613 | | | | |
| Dec  1/2020<br>145258 | Billing on Invoice 37613<br>FEES       720.00 | | | 0.00 | | 37613 | | | | |
| Dec 14/2020<br>145559 | Lawyer: TBW  0.50 Hrs X 300.00<br>Review file; Update affidavit | | | | 150.00 | 37764 | | | | |
| Dec 15/2020<br>145856 | Lawyer: TBW  0.20 Hrs X 150.00<br>Print discovery responses | | | | 30.00 | 37764 | | | | |
| Dec 15/2020<br>145861 | Lawyer: TBW  1.30 Hrs X 300.00<br>Appearance at hearing; Correspondence with client | | | | 390.00 | 37764 | | | | |
| Dec 31/2020<br>145959 | Regina Brock<br>PMT - legal fees | 10723 | 720.00 | | | | | | | |
| Jan  4/2021<br>146038 | Billing on Invoice 37764<br>FEES       570.00 | | | 0.00 | | 37764 | | | | |
| Feb  1/2021<br>147046 | Billing on Invoice 37909 | | | 0.00 | | 37909 | | | | |
| Feb  4/2021<br>147294 | Lawyer: TBW  1.30 Hrs X 300.00<br>Review discovery responses; Prepare for trial; | | | | 390.00 | 38060 | | | | |

| Date / Entry # | Received From/Paid To / Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Correspondence with opposing counsel; Office conference with client; Correspondence with DHS | | | | | | | | | |
| Feb 10/2021 147604 | Lawyer: TBW  0.30 Hrs X 150.00 prepare exhibit | | | | 45.00 | 38060 | | | | |
| Mar  1/2021 147842 | Billing on Invoice 38060 FEES       435.00 | | | 0.00 | | 38060 | | | | |
| Mar  9/2021 148050 | Lawyer: TBW  0.50 Hrs X 150.00 Draft Affidavit Contempt | | | | 75.00 | 38207 | | | | |
| Mar 10/2021 148051 | Lawyer: TBW  1.50 Hrs X 300.00 Prepare for trial; complete affidavit | | | | 450.00 | 38207 | | | | |
| Mar 11/2021 148207 | Lawyer: TBW  0.50 Hrs X 0.00 Correspondence with opposing counsel; Correspondence with client; Telephone conference with client (NO CHARGE) | | | | 0.00 | 38207 | | | | |
| Mar 11/2021 148370 | Regina Brock PMT - legal fees | 10852 | 1005.00 | | | | | | | |
| Mar 12/2021 148756 | Lawyer: TBW  4.00 Hrs X 300.00 Appearance at Trial | | | | 1200.00 | 38207 | | | | |
| Mar 15/2021 148227 | Lawyer: TBW  1.00 Hrs X 300.00 Telephone conference with client; Draft Judgment; Correspondence with DHS; Correspondence with opposing counsel | | | | 300.00 | 38207 | | | | |
| Mar 16/2021 148243 | Lawyer: TBW  2.20 Hrs X 300.00 Draft Findings of Fact | | | | 660.00 | 38207 | | | | |
| Mar 17/2021 148263 | Lawyer: TBW  0.30 Hrs X 300.00 Correspondence with opposing counsel re: Judgment | | | | 90.00 | 38207 | | | | |
| Mar 22/2021 148495 | Lawyer: TBW  0.30 Hrs X 300.00 Correspondence with Court Administrator; Correspondence with opposing counsel; Correspondence with DHS | | | | 90.00 | 38207 | | | | |
| Mar 25/2021 148646 | Lawyer: TBW  0.20 Hrs X 150.00 Correspondence with Court Administrator | | | | 30.00 | 38207 | | | | |
| Apr  1/2021 148772 | Billing on Invoice 38207 FEES      2895.00 | | | 0.00 | | 38207 | | | | |
| Apr 28/2021 149189 | Regina Brock PMT - legal fees | 10937 | 2895.00 | | | | | | | |
| May  3/2021 149630 | Billing on Invoice 38354 | | | 0.00 | | 38354 | | | | |
| May  3/2021 149838 | Lawyer: TBW  1.50 Hrs X 300.00 Appearance at hearing | | | | 450.00 | 38498 | | | | |
| May 10/2021 149945 | Lawyer: TBW  0.20 Hrs X 300.00 Correspondence with opposing counsel (DHS) | | | | 60.00 | 38498 | | | | |
| May 11/2021 149963 | Lawyer: TBW  0.20 Hrs X 300.00 Correspondence with Court Administrator | | | | 60.00 | 38498 | | | | |
| Jun  1/2021 150551 | Billing on Invoice 38498 FEES       570.00 | | | 0.00 | | 38498 | | | | |
| Jun  1/2021 150693 | Billing on Invoice 38638 | | | 0.00 | | 38638 | | | | |
| Jun  9/2021 151487 | Regina Brock PMT - legal fees | 11061 | 570.00 | | | | | | | |
| Jun 10/2021 150897 | Lawyer: TBW  0.30 Hrs X 300.00 Correspondence with DHS; Correspondence with client | | | | 90.00 | 39002 | | | | |
| Jun 11/2021 150898 | Lawyer: TBW  0.30 Hrs X 300.00 Review info from DHS. Correspondence with client | | | | 90.00 | 39002 | | | | |
| Jun 14/2021 150899 | Lawyer: TBW  2.00 Hrs X 300.00 Draft affidavit; Appearance at hearing | | | | 600.00 | 39002 | | | | |
| Jun 29/2021 151845 | Billing on Invoice 39002 FEES       900.00 | | | 0.00 | | 39002 | | | | |
| Jun 30/2021 151590 | Lawyer: TBW  0.40 Hrs X 300.00 Review Order; Correspondence with client | | | | 120.00 | 39002 | | | | |
| Jul  1/2021 154267 | Lawyer: TBW  0.20 Hrs X 0.00 Correspondence with client (NO CHARGE) | | | | 0.00 | | | | | |
| Jul  7/2021 154327 | Lawyer: TBW  0.90 Hrs X 300.00 Draft Motion, COS and Notice; file same; Correspondence with Court Administrator; Correspondence with client | | | | 270.00 | | | | | |

|                | UNBILLED                                           |              | BILLED                                   |             | BALANCES        |         |
|----------------|----------------------------------------------------|--------------|------------------------------------------|-------------|-----------------|---------|
|                | CHE  +  RECOV  +  FEES  =  TOTAL                   | DISBS  + FEES  + TAX  - RECEIPTS                  |             | = A/R           | TRUST   |
| TOTALS PERIOD  | 0.00   0.00    270.00   270.00                     | 0.00   13160.00   0.00   12260.00                 |             | 900.00          | 0.00    |

REPORT SELECTIONS - Client Ledger
Layout Template                         Default

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     MICHAEL LEON BROCK                              CHAPTER 11
           Debtor                                          CASE NO. 19-10293-JDW

# EXHIBIT "B"

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | MICHAEL LEON BROCK | CHAPTER 11 |
| | Debtor | CASE NO. 19-10293-JDW |

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Tracy B. Walsh (the "Affiant") of Walsh Law Firm, PLLC (the "Law Firm") of 6831 Crumpler Blvd., Suite 200, Olive Branch, Mississippi 38654-1933, who after having been by me first duly sworn, stated on oath that this Affidavit is submitted in support of the *Application to Employ Special Counsel* (the "Application"), that the Affiant represents no interests adverse to the Debtor or the estate and matters upon which she is to be engaged, and her employment would be in the best interest of this estate. To the best of Affiant's knowledge, she has no connection with the Debtor, the creditors herein, other than as described above, with any other party-in-interest or their respective attorneys and accountants, or with the office of the U. S. Trustee, or its employees, which are prohibited, which would interfere with or hinder the performance of the Affiant's duties herein, or which need to be described herein.

The Affiant hereby makes application for employment as special counsel to the Debtor.

_____
Tracy B. Walsh

STATE OF MISSISSIPPI
COUNTY OF DeSoto

SWORN TO AND SUBSCRIBED BEFORE ME, this the 29th day of July, 2021.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 76979 BECKY E. JOHNSON Commission Expires March 24, 2022 DESOTO COUNTY]